# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-2714

———————————————

ARMANDO ARCE,

Appellant,

v.

JENNIFER ARCE,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
Jennie Kinsey, Judge.

November 26, 2025

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Armando Arce, pro se, Appellant.

No appearance for Appellee.